HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
LAURA MYERS, BAR #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROBERT L. LUCERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-po-00028-SAB |
| Plaintiff, | **JOINT MOTION TO TERMINATE PROBATION; ORDER** |
| vs. | |
| ROBERT L. LUCERO, | |
| Defendant. | |

The parties, through their respective counsel, Special United States Attorney Chan Hee Chu, counsel for the plaintiff, and Assistant Federal Defender Laura Myers, counsel for Robert Lucero, jointly move under 18 U.S.C. § 3564(c) for the Court to terminate probation in this matter.

On April 7, 2023, Mr. Lucero pled guilty to one count of camping outside of designated sites or areas, in violation of 36 C.F.R. § 2.10(b)(10). ECF No. 13.  The same day, this Court sentenced Mr. Lucero to one month of unsupervised probation and ordered him to pay a fine of $200 and a special assessment of $10. *Id.* at 2.  At sentencing, this Court stated that the parties could submit a joint motion for termination of probation upon Mr. Lucero's full payment. *See* ECF No. 11.

//

Mr. Lucero has now paid his financial obligation in full. The government does not believe it has any interest in a further probationary period given Mr. Lucero's compliance. The parties therefore jointly move for probation to be terminated in this case.

Respectfully submitted,

PHILIP TALBERT
United States Attorney

Date: April 12, 2023

*/s/ Chan Hee Chu*
Chan Hee Chu
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 12, 2023

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
ROBERT L. LUCERO

# O R D E R

The Court hereby grants the parties' request to terminate probation.

IT IS SO ORDERED.

Dated:   **April 12, 2023**

UNITED STATES MAGISTRATE JUDGE